UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE CARLOS SALINAS PADILLA, § § § | |
| Petitioner, § | CIVIL NO. 4:25-CV-05556 |
| § § | |
| v. § § | |
| GRANT DICKEY, ET AL § § | |
| Defendant. § § | |

## ORDER

Before the Court are Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and Petitioner's Motion for a Temporary Restraining Order (ECF No. 2). On December 10, 2025, the Court held a hearing and heard arguments of parties. The Court has determined that Petitioner is properly subject to 8 U.S.C. § 1226(a) rather than 8 U.S.C. § 1225(b)(2).

Therefore, Petitioner's Petition for Writ of Habeas Corpus is GRANTED IN PART. Habeas relief is granted in the form of a bond hearing. It is hereby ORDERED that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226 within 7 days of issuance of this ORDER or else release Petitioner. It is further ORDERED that the Government update this Court on the status of Petitioner's bond hearing by December 22, 2025. Petitioner's Motion for a Temporary Restraining Order is DENIED AS MOOT.

SIGNED at Houston, Texas, on this the 12th day of December, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE